# *United States District Court*

## *District of Minnesota*

First National Bank of Fulda, Minnesota

Plaintiff(s)

-vs-

Civil Action 00-2002 DDA/FLN

BancInsure, Inc.

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that BancInsure, Inc. defendant (s) is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against BancInsure, Inc.

this 19th day of October, 2000.

FRANCIS E. DOSAL, CLERK

By Cynthia Francis
Cynthia Francis Deputy Clerk

5