IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

First National Bank of Fulda, Minnesota,

Plaintiff,

**Case No. 00-2002 (DDA/FLN)**

v.

**ORDER**

BancInsure, Inc.,

Defendant.

---

Pursuant to the stipulated joint motion of the parties,

IT IS ORDERED:

1. That the entry of default entered on October 19, 2000 is set aside.

2. That Defendant BancInsure, Inc. is permitted to file an Answer.

Dated: November 27, 2000.

BY THE COURT:

Donald D. Alsop
Senior Judge of District Court

PCS/pcs/580242.1

FILED NOV 27 2000
FRANCIS E DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK