IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

First National Bank of Fulda, Minnesota,

Plaintiff,

v.

BancInsure, Inc.,

Defendant.

**Civil Action No. 00-2002 (DDA/FLN)**

**ORDER**

---

Pursuant to stipulation and agreement of the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, the claims by and between Plaintiff First National Bank of Fulda, Minnesota and Defendant BancInsure, Inc. in the above-entitled action are hereby dismissed with prejudice, with each party bearing its own costs, disbursements and attorneys' fees.

August 29, 2002

Honorable Donald D. Alsop
Senior Judge of United States District Court

PCS/pcs/634782.1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

First National Bank of Fulda, Minnesota,

Plaintiff,

v.

BancInsure, Inc.,

Defendant.

**Civil Action No. 00-2002 (DDA/FLN)**

**STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff First National Bank of Fulda, Minnesota and Defendant BancInsure, Inc. hereby agree to dismissal with prejudice of all claims against BancInsure, Inc. in this action. The parties will bear their own costs, disbursements and attorneys' fees.

Dated: August 27, 2002.

GREGERSON, ROSOW, JOHNSON & NILAN, LTD.
f/k/a
**LANGE, PAULY, GREGERSON & ROSOW, LTD.**

By ______________________
David Gregerson (#37564)
Joseph A. Nilan (#121277)
1600 Bank Building, US Bank Place
650 Third Avenue South
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANT

Dated: August 21, 2002.

**MACKALL, CROUNSE & MOORE, PLC**

By ______________________
Timothy D. Moratzka (#75036)
Patrick C. Summers (#028841X)
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55418
Telephone: (612) 305-1400

ATTORNEYS FOR PLAINTIFF

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________